UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CIRILO JIMENEZ, on behalf of himself,
individually, and on behalf of all others
similarly situated,

                                Plaintiff,                          JUDGMENT

v.                                                       24-cv-05108(NRM)(JAM)

BROWNSTONE PROPERTY GROUP LLC,
BROWNSTONE MANAGEMENT LLC,
BROWNSTONE WORKS WELL, LLC, and
ALEJANDRO ROMERO, individually,

                              Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 25; and Defendants, BROWNSTONE PROPERTY GROUP LLC, BROWNSTONE MANAGEMENT LLC, BROWNSTONE WORKS WELL, LLC, and ALEJANDRO ROMERO, having offered to allow entry of judgment to be taken against them and in favor of PLAINTIFF CIRILO JIMENEZ AND OPT-IN PLAINTIFF FELIX PACHECO-CORONA a total sum of Ninety-Nine Thousand Dollars ($99,000.00), inclusive of all attorneys' fees, costs and expenses, and without any admission of liability, for all causes of action contained in Plaintiffs' Complaint; it is

      ORDERED and ADJUDGED that judgment is entered in favor of PLAINTIFF CIRILO JIMENEZ AND OPT-IN PLAINTIFF FELIX PACHECO-CORONA and against Defendants, BROWNSTONE PROPERTY GROUP LLC, BROWNSTONE MANAGEMENT LLC, BROWNSTONE WORKS WELL, LLC, and ALEJANDRO ROMERO,  a total sum of Ninety-Nine Thousand Dollars ($99,000.00), inclusive of all attorneys' fees, costs and expenses, and without any admission of liability, for all causes of action contained in Plaintiffs' Complaint.

Dated: Brooklyn, New York  
February 26, 2025

Brenna B. Mahoney  
Clerk of Court

By:     */s/Jalitza Poveda*  
       Deputy Clerk